# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139705

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

AUSTIN BOYD HAMMOND,
        Defendant-Appellant.

SC: 139705
COA: 291359
Midland CC: 08-003211-AR

_____/

      On order of the Court, the application for leave to appeal the July 29, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

_____
Clerk

p0120